In the Matter of FRANK J. CARR, Respondent, against CHARLES E. ROESCH et al., as Members of the Board of Police Pensions of the City of Buffalo, Appellants.

(Argued January 7, 1931; decided February 10, 1931.)

*Charles L. Feldman, Corporation Counsel (James A. Deckop* of counsel), for appellants.

*William S. Rann* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.